WINSTON JONES, AS ASSIGNEE OF THE BANK OF MOBILE; RESPONDENT, *v.* THE MERCHANTS' NATIONAL BANK OF THE CITY OF NEW YORK, APPELLANT, IMPLEADED WITH THE BANK OF MOBILE.

*Supreme Court — power of at Special Term to correct the minutes of the Circuit Court.*

The Supreme Court at Special Term has no jurisdiction to correct or otherwise interfere with the minutes of the Circuit Court

APPEAL from an order made at a Special Term, correcting the minutes of the Circuit Court.

This is an appeal from an order made at Special Term, which denied the defendant's motion to set aside the verdict and judgment as void or irregular, vacated the said judgment and substituted a different judgment for it; canceled the clerk's minutes of trial, and substituted other minutes for them; and in other respects altered the judgment-roll.

*George Zabriskie*, for the appellant.

*Burton N. Harrison*, for the respondent.

Per Curiam:

We do not think the Supreme Court at Special Term has any jurisdiction to correct or otherwise interfere with the minutes of the Circuit Court. The tribunals are so far distinct, that the Special Term has no supervisory power over the minutes of the Circuit Court.

On this ground, without considering any of the other points raised on the argument, we think the order appealed from should be reversed, with ten dollars costs and disbursements.

Present — Van Brunt, P. J., Daniels and Bartlett, JJ.

Order reversed, with ten dollars costs and disbursements.